## IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 1551 Disciplinary Docket No. 3 |
| | : | |
| | : | No. 183 DB 2009 |
| WAYNE D. BOZEMAN | : | |
| | : | Attorney Registration No. 200258 |
| | : | |
| PETITION FOR REINSTATEMENT | : | (Chester County) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of March, 2018, the Petition for Reinstatement is granted. Petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement. *See* Pa.R.D.E. 218(f).